**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                         Plaintiff,<br><br>    v.<br><br>LIBIA AMANDA PALACIO MENA,<br><br>                         Defendant. | Case No. 22-cr-121 (LJL) |

# ORDER

    IT IS SO ORDERED that Akin Gump Strauss Hauer & Feld LLP, defense counsel for Libia Palacio Mena in the above-captioned matter, shall be permitted to ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.

Dated: August __17__, 2023

SO ORDERED.

_/s/ Lewis J. Liman_
LEWIS J. LIMAN
United States District Judge