Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
Bank of America Tower
New York, NY 10036

T   +1 212.872.1000
F   +1 212.872.1002
akingump.com



**KATHERINE R. GOLDSTEIN**
+ 1 212.872.8057/fax +1 212.872.1002
kgoldstein@akingump.com

March 18, 2024

**VIA ECF**

**REQUEST GRANTED.**
**The Sentencing hearing previously set for April 3, 2024 is RESCHEDULED to April 11, 2024 at 10:00AM in Courtroom 15C at the 500 Pearl Street Courthouse.**

The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

3/19/2024   SO ORDERED.
LEWIS J. LIMAN
United States District Judge

Re:   *United States v. Libia Palacio Mena*, 1:22 Cr. 121 (LJL)

Dear Judge Liman:

The parties write to jointly request an extension of time in the above-captioned matter pursuant to Paragraph 2.C of Your Honor's Individual Practices in Criminal Cases.

Currently, the United States Probation Officer's Pre-Sentence Investigation Report (the "PSR") is due on March 19, 2024. Ms. Palacio Mena's sentencing submission is due one day later, on March 20, 2024. To permit the defense an opportunity to respond to the PSR, we respectfully request an extension to March 25, 2024, to submit Ms. Palacio Mena's sentencing submission.

Currently, the sentencing hearing is scheduled for 11:00 a.m. on April 3, 2024. The Government has a scheduling conflict on that date. The parties have conferred and are available to reschedule the sentencing hearing to the following week on April 9, 2024, or April 11, 2024, subject to the Court's availability.

This is both parties' first request for an extension. The next scheduled appearance before the Court is the sentencing hearing at 11:00 a.m. on April 3, 2024.

Respectfully submitted,

/s/ *Katherine Goldstein*
Katherine R. Goldstein

cc:   Kaylan Lasky (Assistant U.S. Attorney, Southern District of New York)
Nicholas Bradley (Assistant U.S. Attorney, Southern District of New York)
Kevin Sullivan (Assistant U.S. Attorney, Southern District of New York)